156 A.3d 173

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JULIO A. RIVERA, DEFENDANT–PETITIONER.

November 09, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001661–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.